Case 3:14-cr-03644-BAS  Document 59  Filed 01/04/16  PageID.104  Page 1 of 1



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br>vs.<br>RICARDO ZELAYA JR<br>            Defendant | CASE NO. 14CR3644-BAS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: JANUARY 4, 2016

HONORABLE DAVID H. BARTICK
United States Magistrate Judge